# UNITED STATES DISTRICT COURT
для the
Northern District of Ohio

**FILED**
11:22 am Aug 19 2020
**Clerk U.S. District Court
Northern District of Ohio
Cleveland**

| | |
|---|---|
| United States of America <br> v. <br> Martino Jamel Andrews <br><br> *Defendant(s)* | ) ) ) ) ) ) ) <br> Case No. 1:20MJ2259 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 30, 2020** in the county of **Cuyahoga** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 844(f)(1) | maliciously damage or destroy, or to attempt to damage or destroy, any building, vehicle, or other personal or real property owned, or possessed by, or leased to, the United States, or any department or agency thereof, or any institution or organization receiving Federal financial assistance by means of fire or an explosive |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

ATF SA Janna Pennfield
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: **Aug 19, 2020**

*Judge's signature*

City and state: Cleveland, Ohio

U.S. Magistrate Judge David A. Ruiz
*Printed name and title*