FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:20 CR 508 |
| v. | ) | |
| | ) | Title 18, United States Code, |
| MARTINO JAMEL ANDREWS, | ) | Section 844(f)(1) and (2) |
| | ) | |
| Defendant. | ) | |

COUNT 1
(Arson, 18 U.S. Code § 844(f)(1) and (2))

JUDGE OLIVER

The Grand Jury charges:

On or about May 30, 2020, in the Northern District of Ohio, the defendant MARTINO JAMEL ANDREWS, did maliciously damage and destroy, and attempt to damage and destroy a vehicle, in whole and in part owned and possessed by the Cuyahoga County Department of Public Works, an organization receiving federal financial assistance, by means of fire, in violation of Title 18, United States Code, Section 844(f)(1) and (2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.