**FILED**

MAR 3 1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SUPERSEDING |
| ) | INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE SOLOMON OLIVER, JR. |
| ) | |
| MARTINO JAMEL ANDREWS, ) | CASE NO. 20-CR-00508 |
| ) | Title 18, United States Code, |
| Defendant. ) | Sections 844(f)(1) and 2 |
| ) | |

COUNT 1
(Arson, 18 U.S.C. §§ 844(f)(1) and 2)

The Grand Jury charges:

On or about May 30, 2020, in the Northern District of Ohio, Eastern Division, the defendant, MARTINO JAMEL ANDREWS, maliciously damaged and destroyed and attempted to damage and destroy a vehicle, in whole and in part owned and possessed by the Cuyahoga County Department of Public Works, an organization receiving Federal financial assistance, by means of fire in violation of Title 18, United States Code, Sections 844(f)(1) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.