UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20 CR 508 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MARTINO JAMEL ANDREWS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Carmen E. Henderson, regarding the change of plea hearing of Martino Jamel Andrews, which was referred to the Magistrate Judge with the consent of the parties.

    On September 3, 2020, the government filed a 1 count Indictment against Mr. Andrews charging him with Arson, in violation of Title 18 U.S.C. § 844(f)(1). On March 21, 2022 a Superseding Indictment was filed charging Defendant with Arson, in violation of Title 18 U.S.C. § 844(f)(1). Finally, a Superseding Information was filed on July 20, 2022, charging Mr. Andrews with Conspiracy to Commit Arson, in violation of Title 18 U.S.C. § 371. Defendant was arraigned on July 21, 2022 before Magistrate Judge Henderson, and entered a plea of guilty to count 1 of the Superseding Information, with a written plea agreement. Magistrate Judge Henderson issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

    Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Andrews is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Andrews is adjudged guilty to count 1 of the Superseding Information, in violation of Title 18 U.S.C. § 371. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on November 9, 2022, at 2:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 8, 2022